United States Bankruptcy Court for the:

**Western District of Missouri**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | American Heavy Engine, LLC | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | 2nd Chance Diesel, LLC | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 88-1850304 | |

4. **Debtor's address**

**Principal place of business**

970 Premier Drive
Number        Street

Ste. A

Kearney        MO    64060
City        State    ZIP Code

Clay County
County

**Mailing address, if different from principal place of business**

720 Peebles Avenue
Number        Street

P.O. Box

Morgan Hill        CA    95037
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City        State    ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | American Heavy Engine, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

811111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District Western District of M When 03/23/2023 Case number 23-00530-swd
                                              MM / DD / YYYY

District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                             MM / DD / YYYY

Case number, if known _____

| Debtor | American Heavy Engine, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number      Street

_____

_____

City                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  American Heavy Engine, LLC
     Name

Case number (if known)_____

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/25/2023
     MM / DD / YYYY

✖ /s/ Richard Campbell                  Richard Campbell
Signature of authorized representative of debtor     Printed name

Title  President

18. **Signature of attorney**

✖ /s/ Neil Sader                  Date  05/25/2023
Signature of attorney for debtor          MM / DD / YYYY

Neil Sader
Printed name
Sader Law Firm, LLC
Firm name
2345 Grand Blvd. Suite 2150
Number        Street
Kansas City                      MO        64108
City                             State     ZIP Code

816-561-1818                     nsader@saderlawfirm.com
Contact phone                    Email address

34375                            MO
Bar number                       State

**Fill in this information to identify the case:**

Debtor name ___American Heavy Engine, LLC___

United States Bankruptcy Court for the: ___Western District of Missouri___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ......................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ....................................................................    $ _____746,634.38

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ......................................................................    $ _____746,634.38

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...................................    $ _____805,885.25

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................    $ _____1,874.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................    **+** $ _____1,419,003.41

4. **Total liabilities** ...............................................................................................................................................
    Lines 2 + 3a + 3b    $ _____2,226,762.66

**Fill in this information to identify the case:**

Debtor name ___American Heavy Engine, LLC___

United States Bankruptcy Court for the: ___Western District of Missouri___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Operating Account -  Legacy Bank and Trust, Sparta | Checking | 4  0  0  8 | $ Unknown |
| 3.2. | See continuation sheet | | | $ 3,634.38 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ — $_____
   4.2. _____ — $_____

5. **Total of Part 1** — $ 3,634.38

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ — $_____
   7.2. _____ — $_____

Debtor    American Heavy Engine, LLC
_____
Name

Case number (if known)_____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.  Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........ ➔    $_____
                              face amount                doubtful or uncollectible accounts

11b. Over 90 days old:       _____  –  _____  = ........ ➔    $_____
                              face amount                doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____American Heavy Engine, LLC_____    Case number (if known)_____
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ____ / ____ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ____ / ____ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ____ / ____ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ____ / ____ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    American Heavy Engine, LLC _____    Case number (if known)_____
        Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    American Heavy Engine, LLC
          Name                                                    Case number (if known)_____

---

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  1996 Front Trlr - VIN NO.  3N248203T15713047 | $_____ | _____ | $ 10,000.00 |
| 47.2  2010 FRHT Tract - VIN NO. 1FUJGLDR9ASAP0835 | $_____ | _____ | $ 20,000.00 |
| 47.3  1995 CUST TRLR - VIN NO. 1B9UB162XWM363225 | $_____ | _____ | $ 1,200.00 |
| 47.4  See continuation sheet | $ 0.00 | | $ 46,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Schedule A/B Part 8, Question 50 Attachment | $_____ | _____ | $ 665,300.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.
$ 743,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | American Heavy Engine, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   970 Premier Drive, Suite A Kearney MO 64060 Automotive Repair Shop | Commercial & Industrial Lease thru 10/1/2024 | $_____ | _____ | $_____ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ 0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Debtor    American Heavy Engine, LLC
            Name                                                Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

Policy No. 6110 - Pacific Life, 6750 Mercy Road, Ste. B, Omaha NE    $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____
American Heavy Engine, LLC
Name

Case number *(if known)* _____

---

<table>
<tr><td>Part 12:</td><td>Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,634.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 743,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 746,634.38 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... 746,634.38   $ 746,634.38

---

| Debtor 1 | American Heavy Engine, LLC | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Operating Account –**        **Checking**            4437
**United Federal Credit**
**Union, St. Joseph MI**
**49085**

**Balance: 390.96**

**Operating Account –**        **Checking**            4445
**United Federal Credit**
**Union, St. Joseph MI**
**49085**

**Balance: 458.60**

**Checking Account –**         **Checking**            0200
**Verimore Bank**

**Balance: 2,784.82**

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**1979 Dors Trlr –**                                 2,500.00
**VIN HW13525**

**2020 Ford F250**                                   40,000.00
**Truck – VIN NO.**
**1FT7W2B62LED02021**

**1997 STOY SEMI –**                                 4,000.00
**VIN NO.**
**1DW1A5323VS13944**

| # | |
|---|---|
| 1 | 2009 Ford Pickup |
| 2 | 2020 Ford Pickup |
| 3 | 2010 Frht Tractor |
| 4 | 1997 Stou Semi |
| 5 | 1995 Cust Trailer |
| 6 | 1996 Frot Trailer |
| 7 | Pro Tote Model 7 |
| 8 | Yale Forklift |
| 9 | Mitsubishi Forklift |
| 10 | Mitsubishi Forklift |
| 11 | 3 ton Engine Stand 1 |
| 12 | 3 ton Engine Stand 2 |
| 13 | 4 Jack Stands |
| 14 | Transmission Jack |
| 15 | Machining Equipment |
| 16 | Computers and Office Furniture |
| 17 | Racking and Shelving |
| 18 | Shop AC's (3) 1 large 2 small |
| 19 | Trinco Sandblaster |
| 20 | Vibrator Finisher |
| 21 | Ingersoll Rand Rotary Compressor |
| 22 | Miller Welding Machine |
| 23 | Detroit DD15 Core Long Block 903 Says " Jordan Tolbert" |
| 24 | I THINK THIS IS MIKE ANDERSON CAT C15 Half built long block with remaining parts on table |
| 25 | Yellow Motor JBar enterprise WWD Invoice C13 LB Core Return? |
| 26 | 5.9 Cummins Rebuild wrapped with PAI extra seals Long Block  24 Valve |
| 27 | LB CORE DD15 901 River City 1-177025 |
| 28 | LB Core Norman Bates Engine Return DD15 903 |
| 29 | ISX DOHC LB with Hole in Block |
| 30 | Series 60 LB Core missing front and rear structure |
| 31 | Series 60 LB Core D Smith Company "Donald Alabama" |
| 32 | LB Core Series 60 Magos Trucking |
| 33 | LB Core DD15 KSX Transportation |
| 34 | Cummins ISX DOHC LB Missing front and rear strucker no crank no valve cover no rocker no cams |
| 35 | Volvo D13 LB Core missing injectors missing valve cover |
| 36 | Paccar MX13 LB Core on its side Go Diesel LLC |
| 37 | ISX Complete DOHC Missing Crank, front and rear structure and main caps |
| 38 | N14 Complete Core |
| 39 | LB ISX DOHC Complete Rockers are rust cams are trash |
| 40 | ISX DOHC Complete Rocker lines Rusted Cams are trash  City Truck and Trailer Core CPL 2732 Cummins |
| 41 | CAT C15 Acert BXS LB Core  missing injectors locked up west side truck parts |
| 42 | CAT C15 LB Core missing cam and injectors |
| 43 | Cat C15 Complete Core 262K 475HP w/jakes |
| 44 | CAT C13 LB Crum |
| 45 | CAT C12 LB |
| 46 | 52 Skids of Hard parts and a couple V motors |
| 47 | 30 Skids of valve covers, Oil Pans Internal parts. |
| 48 | Random LARGE Parts plastics |
| 49 | Cummins Complete Core M11 |
| 50 | Cummins Complete Core N14 Celect |
| 51 | LB missing Head Maxxforce 13 Possibly |
| 52 | Complete Core Fire Motor |
| 53 | Complete Mercedes MBE 4000 |
| 54 | CAT C7 Acert Complete |
| 55 | Volvo Complete core |
| 56 | Volvo Complete  core |
| 57 | CAT C7 LB |
| 58 | 5 more random motors 1 is a cat cant see cant access |

| 59 | 3 DD13 Remaned Crankshafts |
| 60 | 3 DD15 901 Heads |
| 61 | Cummins ISX DOHC Head Needs Reman |
| 62 | Series 60  14L Non EGR Reman Head with Caps |
| 63 | C13 reman head 3000 under spec |
| 64 | paccar mx 13 reman head new valves springs guids EPA 17 |
| 65 | 4 DD15 Blocks need to be specked |
| 66 | 1 CAT Block needs to be remaned w/rods |
| 67 | DD13 928 Head Stopped machining it for some reason |
| 68 | Reman DD15 Head 906 Head needs touched up |
| 69 | DD15 Head WWD |
| 70 | CAT Head C15 tear off BAD |
| 71 | Crank  Remaned MX13 Y008685 |
| 72 | Cummins ISX SOHC Tear off Head |
| 73 | Detroit 60 series 12.7 crank remaned |
| 74 | MX13 Crank EPA 17 Stand Stand Remaned |
| 75 | 3 Crankshaft  wrapped other shop remaned |
| 76 | Cat C12 Reman Crank |
| 77 | 5EK Reman Crank |
| 78 | Skid of Remaned Cam Shafts |
| 79 | MX13 Paccar Block EPA 10 Reman Block |
| 80 | Series 60 Block |
| 81 | Skid of camshafts |
| 82 | Skid/tote of camshafts |
| 83 | Detroit DD15 Core LB 47203 Block 903 |
| 84 | CAT C15 build kits - Outstanding bills from IDP and PAI may be able to be returned |
| 85 | Random Build Kits - Outstanding bills from IDP and PAI may be able to be returned |
| 86 | 1 partial 1 full 55 gallon Drum of Brake Clean |
| 87 | 13+ boxes Kimball Midwest Paint approx 12 cans per box |
| 88 | Partial Container 55 Gallon drum of Antifreeze |
| 89 | Containers of Windshield washer fluid about full 55 gallon drum |
| 90 | 4+ boxes DTIS reman injectors Normally 6 per box |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | American Heavy Engine, LLC |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>Legacy Bank & Trust Company | **Describe debtor's property that is subject to a lien**<br>Blanket Lien | | |
|---|---|---|---|
| | | $ 103,428.26 | $ 0.00 |

**Creditor's mailing address**
4108 S. National Avenue
Springfield, MO 65807

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made, See Supplement to S

**Is the creditor an insider or related party?**
☑ No
☐ Yes

| **Date debt was incurred** | 5/22/2020 |
|---|---|
| **Last 4 digits of account number** | 7174 |

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name**<br>Legacy Bank & Trust Company | **Describe debtor's property that is subject to a lien**<br>Blanket Lien | | |
|---|---|---|---|
| | | $125,000.00 | $0.00 |

**Creditor's mailing address**
4108 S. National Avenue
Springfield, MO 65807

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

| **Date debt was incurred** | 6/7/2022 |
|---|---|
| **Last 4 digits of account number** | 7698 |

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 805,885.25

Debtor   American Heavy Engine, LLC
_____
Name

Case number _(if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Legacy Bank & Trust Company
_____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$177,627.13            $0.00

**Creditor's mailing address**

4108 S. National Avenue
Springfield, MO 65807
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 5/9/2022

**Last 4 digits of account number** 6666

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** **Creditor's name**
Legacy Bank & Trust Company
_____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$399,829.86            $0.00

**Creditor's mailing address**

4108 S. National Avenue
Springfield, MO 65807
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 8/4/2020

**Last 4 digits of account number** 8339

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    American Heavy Engine, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Mr. Rodney Nichols<br>Spencer Fane LLP<br>2144 E. Republic Road, Ste. B300<br>Springfield, MO, 65804 | Line 2. 3 | _____ |
| Mr. Rodney Nichols<br>Spencer Fane LLP<br>2144 E. Republic Road, Ste. B300<br>Springfield, MO, 65804 | Line 2. 1 | _____ |
| Mr. Rodney Nichols<br>Spencer Fane LLP<br>2144 E. Republic Road, Ste. B300<br>Springfield, MO, 65804 | Line 2. 2 | _____ |
| Mr. Rodney Nichols<br>Spencer Fane LLP<br>2144 E. Republic Road, Ste. B300<br>Springfield, MO, 65804 | Line 2. 4 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor _____ American Heavy Engine, LLC _____

United States Bankruptcy Court for the: __Western District of Missouri__

Case number _____
(if known)

</div>

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Clay County Business Property Tax
1 Courthouse Square
Liberty, MO, 64068

As of the petition filing date, the claim is:   $ 1,874.00      $ 1,874.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number ____1277____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor __American Heavy Engine, LLC_____    Case number _(if known)_____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

**3.1** **Nonpriority creditor's name and mailing address**
27/7 Truck & Equipment Repair
58 NW 310 Street
Plattsburg, MO, 64477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,134.00

Date or dates debt was incurred    5/2022
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Ace Imagewear Uniforms
4120 Truman
Kansas City, MO, 64127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 747.22

Date or dates debt was incurred    5/2022
Last 4 digits of account number    4457

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Acuity
2800 South Taylor Drive
Sheboygan, WI, 53081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,604.93

Date or dates debt was incurred    _____
Last 4 digits of account number    1122

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ADT
3190 S. Vaughn Way
Aurora, CO, 80014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 274.86

Date or dates debt was incurred    _____
Last 4 digits of account number    4540

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Alt Diesel Inc.
8350 Bee Ridge Rd. #336
Sarasota, FL, 34241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 36,818.60

Date or dates debt was incurred    5/2022
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
American Equity Funding, Inc.
7005 Alma Highway
Van Buren, AR, 72956

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

$ 336,509.43

Date or dates debt was incurred    _____
Last 4 digits of account number    00RC

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   American Heavy Engine, LLC                                     Case number *(if known)*
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7   **Nonpriority creditor's name and mailing address**

Big Bear Engine Co.
18540 Apache Drive, #160
Parker, CO, 80134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposits and Warranty Claims

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8   **Nonpriority creditor's name and mailing address**

Borko Ijacic
4417 N. Narragansedd Ave.
Chicago, IL, 60630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9   **Nonpriority creditor's name and mailing address**

Central Power Sys & Services
9200 Liberty Drive
Liberty, MO, 64068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,507.28

**Date or dates debt was incurred** 5/2022

**Last 4 digits of account number** 6605

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10   **Nonpriority creditor's name and mailing address**

Clarksville Stavev & Lumber Company
2808 Jasper Road
Xenia, OH, 45385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,350.00

**Date or dates debt was incurred** 5/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11   **Nonpriority creditor's name and mailing address**

Consolidated Communication
2116 S. 17th Street
Mattoon, IL, 61938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 450.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1568

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___American Heavy Engine, LLC_____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**¹² **Nonpriority creditor's name and mailing address**

Cross J Investment, LLC
405 Sam Barr Drive, Suite 104
Kearney, MO, 64060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.**¹³ **Nonpriority creditor's name and mailing address**

Crying Hearts Specialized
Mr. Ronald Bragg
7028 Roundtable Court
Smyrna, GA, 30080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.**¹⁴ **Nonpriority creditor's name and mailing address**

Custom Truck One Source
P.O. Box 773385
Chicago, IL, 60677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___5/2022___

Last 4 digits of account number ___0680___

$ 4,110.29

---

**3.**¹⁵ **Nonpriority creditor's name and mailing address**

Devine Farms, Inc.
c/o Mr. Richard Devine
574 NW 170th Street
Saint John, KS, 67576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.**¹⁶ **Nonpriority creditor's name and mailing address**

Diesel Kings/Big Bear Engine
c/o Mr. John Leonard
1801 California Street, Suite 2600
Denver, CO, 80202-2645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor   American Heavy Engine, LLC
         Name

                                    Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.17   Nonpriority creditor's name and mailing address**

DTIS
15770 Slover Avenue
Fontana, CA, 92337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**   5/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,210.00

---

**3.18   Nonpriority creditor's name and mailing address**

Eagle Transportation LLC
14645 S. Hallet Street
Olathe, KS, 66062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.19   Nonpriority creditor's name and mailing address**

Eurotrans, LLC
575 Rudder Road, Suite 102
Fenton, MO, 63026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.20   Nonpriority creditor's name and mailing address**

Expressway Logistics
600 Marion Road
Columbus, OH, 43207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.21   Nonpriority creditor's name and mailing address**

FedEx
P.O. Box 94515
Palatine, IL, 60094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**   5/2022

**Last 4 digits of account number**   4595

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 325.74

---

Debtor    American Heavy Engine, LLC
          Name                                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Foley Ridge 360 Truck Center
1550 S. West Street
Wichita, KS, 67213

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 432.69

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    5/2022
Last 4 digits of account number    0728

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,662.12

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    5/2022
Last 4 digits of account number    6072

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Iron Horse Express
c/o Mr. Paul Schmoker
8888 Kenyon Blvd.
Faribault, MN, 55021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Jack Clark
103 Pine Court
Louisburg, NC, 27549

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,000.00

Basis for the claim:

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Jason Bates
P.O. Box 577
Cameron, MO, 64429

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341,045.61

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred    5/2022
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____     Case number _____
         American Heavy Engine, LLC                                    (if known)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.27** Nonpriority creditor's name and mailing address

Joseph Vantrepotte
17604 Highland Park Road
Danville, IL, 61834

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.28** Nonpriority creditor's name and mailing address

Kruggel Lawton CPA
211 S. Michigan Street, Ste. 200
South Bend, IN, 46601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____5/2022_____

Last 4 digits of account number _____2390_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,424.00

---

**3.29** Nonpriority creditor's name and mailing address

Martin Wells Industries LLC
4894 W. Lone Mountain Road
Suite 214
Las Vegas, NV, 89130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____5/2022_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,530.00

---

**3.30** Nonpriority creditor's name and mailing address

MHC
1524 N. Corrington
1435 & Front Street
Kansas City, MO, 64120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____5/2022_____

Last 4 digits of account number _____0570_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,240.70

---

**3.31** Nonpriority creditor's name and mailing address

Motor Driven
PO Box 281793
Atlanta, GA, 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____6483_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 315.36

---

Debtor  American Heavy Engine, LLC
        Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.32** Nonpriority creditor's name and mailing address

Moving Out
P.O. Box 97
Saint Petersburg, PA, 16054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/2022
Last 4 digits of account number

$ 5,185.00

---

**3.33** Nonpriority creditor's name and mailing address

Nextran Truck Centers
3915 N.E. Randolph Road
Kansas City, MO, 64161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/2022
Last 4 digits of account number    1100

$ 2,362.01

---

**3.34** Nonpriority creditor's name and mailing address

Nolands Cylinder Head Service
1519 Charlone
Kansas City, MO, 64161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/2022
Last 4 digits of account number

$ 7,682.50

---

**3.35** Nonpriority creditor's name and mailing address

O'Reilly Auto Inc.
P.O. Box 9464
Springfield, MO, 65801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/2022
Last 4 digits of account number    7558

$ 2,131.39

---

**3.36** Nonpriority creditor's name and mailing address

PAI Industry
P.O. Box 935437
Atlanta, GA, 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/2022
Last 4 digits of account number    5153

$ 34,542.03

---

Debtor American Heavy Engine, LLC
_____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** **Nonpriority creditor's name and mailing address**

Penske Trucking
c/o Mr. Song Gao
498 Bussen On the Ground Road
Saint Louis, MO, 63129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.38** **Nonpriority creditor's name and mailing address**

Platte Clay Electric Coooperative
1000 W Highway 92
Kearney, MO, 64060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7971

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 753.36

---

**3.39** **Nonpriority creditor's name and mailing address**

Premier Casting and Machine
2118 Industrial Drive
PO Box 1183
Mcpherson, KS, 67460

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 5/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,529.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Premier Truck Group
P.O. Box 840827
Dallas, TX, 75284-0827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 5/2022

**Last 4 digits of account number** 7100

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 773.75

---

**3.41** **Nonpriority creditor's name and mailing address**

RelaDyne Western Marketing Inc.
P.O. Box 954523
Saint Louis, MO, 63195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 5/2022

**Last 4 digits of account number** 6852

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,915.50

---

Debtor  American Heavy Engine, LLC                                    Case number *(if known)*
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42    **Nonpriority creditor's name and mailing address**

Rottler
8029 South 200th Street
Kent, WA, 98032

**As of the petition filing date, the claim is:**    $ 749.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    5/2022

**Last 4 digits of account number**    2295

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 43    **Nonpriority creditor's name and mailing address**

Rush Truck Center
7700 NE 38th Street
Kansas City, MO, 64161

**As of the petition filing date, the claim is:**    $ 222.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    5/2022

**Last 4 digits of account number**    1675

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44    **Nonpriority creditor's name and mailing address**

Sam's Transportation
c/o Mr. Mark Sam
5269 Bradley Ridge Lane
Memphis, TN, 38125

**As of the petition filing date, the claim is:**    $ 22,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 45    **Nonpriority creditor's name and mailing address**

SB International Inc.
P.O. Box 197564
Nashville, TN, 37219

**As of the petition filing date, the claim is:**    $ 350.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    5/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 46    **Nonpriority creditor's name and mailing address**

Steve Hardy
Old US 31 Niles
Niles, MI, 49120

**As of the petition filing date, the claim is:**    $ 25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    5/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 10 of 14

Debtor  American Heavy Engine, LLC
        Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**47  **Nonpriority creditor's name and mailing address**

T & A Truck Service
6803 Ward Road
Millington, TN, 38053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.**48  **Nonpriority creditor's name and mailing address**

U.S. Small Business Administration
1000 Walnut Street, Suite 500
Kansas City, MO, 64106-2156

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guaranty of Legacy Bank & Trust Co. Loans x8339

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  6/7/2022

Last 4 digits of account number  8104

$ 399,929.86

---

**3.**49  **Nonpriority creditor's name and mailing address**

Vander Haag's, Inc.
3809 4th Avenue W.
Spencer, IA, 51301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  5/2022

Last 4 digits of account number  0385

$ 2,616.06

---

**3.**50  **Nonpriority creditor's name and mailing address**

Wagner's Septic and Transport Service
127 E. Washington St.
Gardner, KS, 66030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.**51  **Nonpriority creditor's name and mailing address**

Welds Supply Inc.
5654 NW Riverpark Drive
Riverside, MO, 64150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  5/2022

Last 4 digits of account number  6196

$ 249.01

---

Debtor  American Heavy Engine, LLC
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3. 52**    Nonpriority creditor's name and mailing address

Worldwide Diesel
1515 N. Old US 31
Niles, MI, 49120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80,066.08

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    5/2022

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 53**    Nonpriority creditor's name and mailing address

YRC Freight
P.O. Box 93151
Chicago, IL, 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,250.66

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    5/2022

Last 4 digits of account number    6417

Is the claim subject to offset?
✓ No
☐ Yes

---

**3.____**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____    Case number _(if known)_____
      American Heavy Engine, LLC
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Andrew P. Laquet, Esq.<br>Roberts Perryman<br>1034 S. Brentwood, Suite 2100<br>Saint Louis, MO, 63117 | Line 3.19<br>☐ Not listed. Explain: | _____ |
| 4.2. | Brown & Joseph LLC<br>1 Piedrce Place, Suite 70W<br>Itasca, IL, 60143 | Line 3.53<br>☐ Not listed. Explain | 8031 |
| 4.3. | Jason Bates<br>405 Sam Barr Drive, Suite 104<br>Kearney, MO, 64060 | Line 3.26<br>☐ Not listed. Explain | _____ |
| 4.4. | Jesse Wheeler<br>7501 E. US Highway 40<br>Kansas City, MO, 64129 | Line 3.49<br>☐ Not listed. Explain | _____ |
| 41. | Mr. John Leonard<br>Fairfield and Woods<br>1801 California Stret, Suite 2600<br>Denver, CO, 80202 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.5. | PAI Industry<br>c/o Ms. Sherry Figuero<br>2121 Airline Drive, #520<br>Metairie, LA, 70001 | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.6. | Premier Truck Group of Kansas City<br>8001 Parvin Road<br>Kansas City, MO, 64161 | Line 3.40<br>☐ Not listed. Explain | 7100 |
| 4.7. | Troppito Miller Griffin, LLC<br>105 East 5th Street, Suite 500<br>Kansas City, MO, 64106 | Line 3.26<br>☐ Not listed. Explain | _____ |
| 4.8. | Troppito Miller Griffin, LLC<br>105 East 5th Street, Suite 500<br>Kansas City, MO, 64106 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  American Heavy Engine, LLC
        Name

Case number (if known)

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,874.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,419,003.41 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,420,877.41 |

**Fill in this information to identify the case:**

Debtor name ___American Heavy Engine, LLC___

United States Bankruptcy Court for the: ___Western District of Missouri___

Case number (If known): _____    Chapter _7_

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 970 Premier Drive, Suite A Kearney MO 64060 Lessee | T.B.B. Properties LLC 1063 Couchman Drive Kearney, MO, 64060 |
| | State the term remaining | Expires 10/1/2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___American Heavy Engine, LLC___

United States Bankruptcy Court for the: ___Western District of Missouri___

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Richard Campbell | Richard Campbell<br>720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 <br>Erin Campbell | Erin Campbell<br>720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 <br>Richard Campbell | Richard Campbell<br>720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 <br>Erin Campbell | Erin Campbell<br>720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 <br>Richard Campbell | Richard Campbell<br>720 Peebles Ave.\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 <br>Erin Campbell | Erin Campbell<br>720 Peebles Ave.\rMorgan Hill, CA 95037 | Legacy Bank & Trust Com | ☑ D<br>☐ E/F<br>☐ G |

Debtor    American Heavy Engine, LLC
Name                                                          Case number (if known)_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**7** | Richard Campbell | Richard Campbell 720 Peebles Avenue\rMorgan Hill, CA 95037 | U.S. Small Business Administration | ☐ D ☑ E/F ☐ G |
| 2.**8** | Erin Campbell | Erin Campbell 720 Peebles Avenue\rMorgan Hill, CA 95037 | U.S. Small Business Administration | ☐ D ☑ E/F ☐ G |
| 2.**9** | Richard Campbell | Richard Campbell 720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Company | ☑ D ☐ E/F ☐ G |
| 2.**10** | Erin Campbell | Erin Campbell 720 Peebles Avenue\rMorgan Hill, CA 95037 | Legacy Bank & Trust Company | ☑ D ☐ E/F ☐ G |
| 2.**11** | 2nd Chance Diesel LLC | 2nd Chance Diesel LLC 970 Premier Drive\rKearney, MO 64060 | Legacy Bank & Trust Company | ☑ D ☐ E/F ☐ G |
| 2.**12** | 2nd Chance Diesel LLC | 2nd Chance Diesel LLC 970 Premier Drive\rMendon, MO 64660 | Legacy Bank & Trust Company | ☑ D ☐ E/F ☐ G |
| 2.**13** | 2nd Chance Diesel LLC | 2nd Chance Diesel LLC 970 Premier Drive\rKearney, MO 64060 | U.S. Small Business Administration | ☐ D ☑ E/F ☐ G |
| 2.**14** | 2nd Chance Diesel, LLC | 2nd Chance Diesel, LLC 970 Premier Drive\rKearney, MO 64060 | Legacy Bank & Trust Company | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ___American Heavy Engine, LLC___

United States Bankruptcy Court for the: ___Western District of Missouri___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 150,000.00 |
| **For prior year:** | From 05/01/2022 MM / DD / YYYY | to | 12/31/2022 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 849,579.00 |
| **For the year before that:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | ☐ Operating a business ☐ Other | $ 0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |

| Debtor | American Heavy Engine, LLC | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|--|----------------------------|-------|----------------------|------------------------------------|
| 3.1. | Legacy Bank & Trust Company<br>Creditor's name<br>4108 S. National Avenue<br>Springfield, MO 65807 | | $ 743,000.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|--|----------------------------|-------|----------------------|--------------------------------|
| 4.1. | Richard J. Campbell<br>Insider's name<br>720 Peebles Avenue<br>Morgan Hill, CA 95037<br><br>Relationship to debtor<br>_____ | 06/14/2022<br>_____<br>_____ | $ 5,430.00 | Expense Reimbursement - office supplies |
| 4.2. | Richard J. Campbell<br>Insider's name<br>720 Peebles Avenue<br>Morgan Hill, CA 95037<br><br>Relationship to debtor<br>_____ | 10/21/2022<br>_____ | $ 1,823.32 | Employee reimbursements |

| Debtor | American Heavy Engine, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Legacy Bank & Trust Company | | _____ | $ 750,000.00 |
| | Creditor's name | | | |
| | 4108 S. National Avenue | | | |
| | Springfield, MO 65807 | | | |
| 5.2. | _____ | | _____ | $_____ |
| | Creditor's name | | | |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |
| | _____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |
| | _____ | | | |

---

| Debtor | American Heavy Engine, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | American Heavy Engine, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sader Law Firm, LLC | Funds remain in SLF Trust Account pending Court approval | 02/09/2023 | $ 15,000.00 |
| | **Address** | | | |
| | 2345 Grand Boulevard, Suite 2150 Kansas City, MO 64108 | | | |
| | **Email or website address** www.saderlawfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor   American Heavy Engine, LLC _____   Case number (if known)_____
     Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Worldwide Diesel | Engine Cores - Berry Hill Auction  T-1656 Complete Cummings big cam; Customer Core Return DD15 Complete Core T1596; Customer Core Return T1563 Volvo D13 now missing parts were complete; LB Cat C13 KCB T1570; CAT C12 LB Core 2KS T1624; CAT C12 LB Core T1620; Customer Core Return C15 non Acert breakdown; Cummings Breakdown N609 | 03/01/2023 | $ Unknown |
| | **Address** 1575 Old US Hwy. 31 N. Niles, MI 49120 | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

| Debtor | American Heavy Engine, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor __American Heavy Engine, LLC_____      Case number (if known)_____
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No  ☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No  ☐ Yes |
| | Address | | |

Debtor    American Heavy Engine, LLC                                    Case number *(if known)*_____
_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor   American Heavy Engine, LLC
_____          Case number (if known)_____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | 2nd Chance Diesel, LLC<br>_____<br>Name<br>970 Premier Drive\rSuite<br>A\rKearney, MO 64060 | | EIN: 88-2232663<br>**Dates business existed**<br>From 05/01/2022  To 03/31/2023 |
| 25.2. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

Debtor    American Heavy Engine, LLC _____    Case number *(if known)* _____
     Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Kathleen Long <br> Name <br> 1119 Pearson Avenue, Niles MI 49120 | From 01/01/2022 <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.   Kruggel Lawton CPA's - Adam C. Schwelnus <br> Name | From 01/01/2022 <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name | |

Debtor    American Heavy Engine, LLC
          _____
          Name

Case number (*if known*)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
          Name

| Name and address |
|---|

26d.2.    _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
          Name

Debtor   American Heavy Engine, LLC
_____     Case number *(if known)*_____
     Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.   _____
     Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard J. Campbell | 720 Peebles Ave., Morgan Hill, CA 95037 | President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | | | |
| Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    American Heavy Engine, LLC _____    Case number (if known)_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/25/2023
              MM  / DD  / YYYY

✗ /s/ Richard Campbell _____         Printed name  Richard Campbell _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name _American Heavy Engine, LLC_

United States Bankruptcy Court for the: _Western District of Missouri_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/25/2023_          ✖ /s/ Richard Campbell
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                          Richard Campbell
                          Printed name

                          President
                          Position or relationship to debtor

United States Bankruptcy Court

Western District of Missouri

In re:  American Heavy Engine, LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____ 05/25/2023 _____

/s/ Richard Campbell
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

27/7 Truck & Equipment Repair
58 NW 310 Street
Plattsburg, MO 64477

2nd Chance Diesel LLC
970 Premier Drive
Kearney, MO 64060

2nd Chance Diesel LLC
970 Premier Drive
Mendon, MO 64660

2nd Chance Diesel, LLC
970 Premier Drive
Kearney, MO 64060

Ace Imagewear Uniforms
4120 Truman
Kansas City, MO 64127

Acuity
2800 South Taylor Drive
Sheboygan, WI 53081

ADT
3190 S. Vaughn Way
Aurora, CO 80014

Alt Diesel Inc.
8350 Bee Ridge Rd. #336
Sarasota, FL 34241

American Equity Funding, Inc.
7005 Alma Highway
Van Buren, AR 72956

Andrew P. Laquet, Esq.
Roberts Perryman
1034 S. Brentwood, Suite 2100
Saint Louis, MO 63117

Attorney General, Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Big Bear Engine Co.
18540 Apache Drive, #160
Parker, CO 80134

Borko Ijacic
4417 N. Narragansedd Ave.
Chicago, IL 60630

Brown & Joseph LLC
1 Piedrce Place, Suite 70W
Itasca, IL 60143

Central Power Sys & Services
9200 Liberty Drive
Liberty, MO 64068

Clarksville Stavev & Lumber Company
2808 Jasper Road
Xenia, OH 45385

Clay County Business Property Tax
1 Courthouse Square
Liberty, MO 64068

Consolidated Communication
2116 S. 17th Street
Mattoon, IL 61938

Cross J Investment, LLC
405 Sam Barr Drive, Suite 104
Kearney, MO 64060

Crying Hearts Specialized
Mr. Ronald Bragg
7028 Roundtable Court
Smyrna, GA 30080

Custom Truck One Source
P.O. Box 773385
Chicago, IL 60677

Devine Farms, Inc.
c/o Mr. Richard Devine
574 NW 170th Street
Saint John, KS 67576

Diesel Kings/Big Bear Engine
c/o Mr. John Leonard
1801 California Street, Suite 2600
Denver, CO 80202-2645

DTIS
15770 Slover Avenue
Fontana, CA 92337

Eagle Transportation LLC
14645 S. Hallet Street
Olathe, KS 66062

Erin Campbell
720 Peebles Avenue
Morgan Hill, CA 95037

Erin Campbell
720 Peebles Ave.
Morgan Hill, CA 95037

Eurotrans, LLC
575 Rudder Road, Suite 102
Fenton, MO 63026

Expressway Logistics
600 Marion Road
Columbus, OH 43207

FedEx
P.O. Box 94515
Palatine, IL 60094

Foley Ridge 360 Truck Center
1550 S. West Street
Wichita, KS 67213

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19255

Iron Horse Express
c/o Mr. Paul Schmoker
8888 Kenyon Blvd.
Faribault, MN 55021

Jack Clark
103 Pine Court
Louisburg, NC 27549

Jason Bates
P.O. Box 577
Cameron, MO 64429

Jason Bates
405 Sam Barr Drive, Suite 104
Kearney, MO 64060

Jesse Wheeler
7501 E. US Highway 40
Kansas City, MO 64129

Joseph Vantrepotte
17604 Highland Park Road
Danville, IL 61834

Kruggel Lawton CPA
211 S. Michigan Street, Ste. 200
South Bend, IN 46601

Legacy Bank & Trust Company
4108 S. National Avenue
Springfield, MO 65807

Martin Wells Industries LLC
4894 W. Lone Mountain Road
Suite 214
Las Vegas, NV 89130

MHC
1524 N. Corrington
1435 & Front Street
Kansas City, MO 64120

Motor Driven
PO Box 281793
Atlanta, GA 30384

Moving Out
P.O. Box 97
Saint Petersburg, PA 16054

Mr.  Rodney Nichols
Spencer Fane LLP
2144 E. Republic Road, Ste. B300
Springfield, MO 65804

Mr. John Leonard
Fairfield and Woods
1801 California Stret, Suite 2600
Denver, CO 80202

Mr. Rodney Nichols
Spencer Fane LLP
2144 E. Republic Road, Ste. B300
Springfield, MO 65804

Nextran Truck Centers
3915 N.E. Randolph Road
Kansas City, MO 64161

Nolands Cylinder Head Service
1519 Charlone
Kansas City, MO 64161

O'Reilly Auto Inc.
P.O. Box 9464
Springfield, MO 65801

PAI Industry
P.O. Box 935437
Atlanta, GA 31193

PAI Industry
c/o Ms. Sherry Figuero
2121 Airline Drive, #520
Metairie, LA 70001

Penske Trucking
c/o Mr. Song Gao
498 Bussen On the Ground Road
Saint Louis, MO 63129

Platte Clay Electric Coooperative
1000 W Highway 92
Kearney, MO 64060

Premier Casting and Machine
2118 Industrial Drive
PO Box 1183
Mcpherson, KS 67460

Premier Truck Group
P.O. Box 840827
Dallas, TX 75284-0827

Premier Truck Group of Kansas City
8001 Parvin Road
Kansas City, MO 64161

RelaDyne Western Marketing Inc.
P.O. Box 954523
Saint Louis, MO 63195

Richard Campbell
720 Peebles Avenue
Morgan Hill, CA 95037

Richard Campbell
720 Peebles Ave.
Morgan Hill, CA 95037

Rottler
8029 South 200th Street
Kent, WA 98032

Rush Truck Center
7700 NE 38th Street
Kansas City, MO 64161

Sam's Transportation
c/o Mr. Mark Sam
5269 Bradley Ridge Lane
Memphis, TN 38125

SB International Inc.
P.O. Box 197564
Nashville, TN 37219

Steve Hardy
Old US 31 Niles
Niles, MI 49120

T & A Truck Service
6803 Ward Road
Millington, TN 38053

T.B.B. Properties LLC
1063 Couchman Drive
Kearney, MO 64060

Troppito Miller Griffin, LLC
105 East 5th Street, Suite 500
Kansas City, MO 64106

U.S. Attorney, KS- Bankruptcy
500 State Ave., Ste. 360
Kansas City, KS 66101

U.S. Attorney, WDMO- Bankruptcy
400 East 9th Street, Room 5510
Kansas City, MO 64106

U.S. Small Business Administration
1000 Walnut Street, Suite 500
Kansas City, MO 64106-2156


Vander Haag's, Inc.
3809 4th Avenue W.
Spencer, IA 51301


Wagner's Septic and Transport Service
127 E. Washington St.
Gardner, KS 66030


Welds Supply Inc.
5654 NW Riverpark Drive
Riverside, MO 64150


Worldwide Diesel
1515 N. Old US 31
Niles, MI 49120


YRC Freight
P.O. Box 93151
Chicago, IL 60673